UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **IDEA PUBLIC CHARTER SCHOOL** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | Case No: 1:06CV01916 (EGS) |
| **Consuella S. McKinley, as the next of friend of the minor child, K.M.** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**DEFENDANT'S ANSWER TO THE COMPLAINT AND AFFIRMATIVE DEFENSES**

COMES NOW Defendant, Consuella McKinley, through counsel, Tilman L. Gerald and Roxanne D. Neloms, of James E. Brown & Associates, PLLC, and in answer to the Complaint filed herein against her respectfully represents unto this Honorable Court as follows

1. Defendants admit the allegations contained in paragraph 1.

2. Defendant admits the allegations contained in paragraph 2.

3. Defendant admits the allegations contained in paragraph 3.

4. Defendant denies the allegations contained in paragraph 4.

5. Defendant admits the allegations contained in paragraph 5.

6. Defendant admits the allegations contained in paragraph 6.

7. Defendant admits the allegations contained in paragraph 7.

8. Defendant admits in part and deny in part the allegations contained in paragraph 8.

9. Defendant denies the allegations contained in paragraph 9.

1

10. Defendant admits the allegations contained in paragraph 10.

11. Defendant denies the allegations contained in paragraph 11.

12. Defendant denies the allegations contained in paragraph 12.

13. Defendant denies the allegations contained in paragraph 13.

14. Defendant admits the allegations contained in paragraph 14.

15. Defendant admits the allegations contained in paragraph 15.

16. Defendant admits the allegations contained in paragraph 16.

17. Defendant denies the allegations contained in paragraph 17.

18. Defendant admits in part and deny in part the allegations contained in paragraphs 18.

19. Defendant admits the allegations contained in paragraph 19.

20. Defendant denies the allegations contained in paragraph 20.

21. Defendant denies the allegations contained in paragraph 21.

22. Defendant admits the allegations contained in paragraph 22.

23. Defendant admits the allegations contained in paragraph 23.

24. Defendant admits the allegations contained in paragraph 24.

## COUNT I

25. Defendant repeats and incorporates by reference her responses contained in paragraphs 1 through 24.

26. Defendant denies the allegations contained in paragraph 26.

## COUNT II

27. Defendant repeats and incorporates by reference her responses contained in paragraphs 1 through 26.

28. Defendant denies the allegations contained in paragraph 28.

## COUNT III

29. Defendant repeat and incorporates by reference her responses to paragraphs 1 through 28.

30. Defendant denies the allegations contained in paragraph 30.

## AFFIRMATIVE DEFENSES

1. That complaint failed to state a claim for which relief can be granted.

2. That decision of Hearing Officer is supported by substantial evidence and in accordance with applicable law should be affirmed by this Honorable as a matter of law.

3. Plaintiff's claim for attorney fees is statutorily barred.

**WHEREFORE**, the Defendant respectfully pray that this Honorable Court enter an order dismissing the Complaint and award the Defendant reasonable expenses of litigation including but not limited to reimbursement of reasonable attorneys fees, cost, and interest, and such other relief as the Court deems just and proper.

Respectfully Submitted,

/s/
_____
Tilman L. Gerald [928796]
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L. Street, NW, Suite 700
Washington, DC 20005
202.742.2000 (Tele.)
202.742.2098(facsimile)
***ATTORNEYS FOR DEFENDANT***