# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Integrated Design and Electronics Academy Public Charter School
Plaintiff(s)

Case Number: <u>1:06CV01915</u>

vs

<u>Consuella S. McKinley, as next friend mother of the minor child, M.K.</u>
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Edwin L. Jarnagin, hereby certify that on January 5, 2007 at 6:50 PM, I executed service of process upon **CONSUELLA S. MCKINLEY** at 4202 Fort Dupont St SE, Washington, DC 20020 by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form.

Consuella S. McKinley is described as a Black Female, approximately 5' 4" tall, 150-160 pounds, Brown eyes, Black hair, and 47 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 60 years of age, Date of Birth 3/14/46; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on January 9, 2007.

Date January 9, 2007.

_____
Edwin L. Jarnagin

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on January 9, 2007.

_Rosanna Settles_

My Commission Expires: 10-31-2011

Ref.# 74631

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTEGRATED DESIGN AND
ELECTRONICS ACADEMY
PUBLIC CHARTER SCHOOL

**SUMMONS IN A CIVIL CASE**

V.

CONSUELLA S. MCKINLEY
as next friend mother of the minor child,
M.K.

CASE NUMBER  1:06CV01916

JUDGE: [illegible]

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 11/09/2006

TO: (Name and address of Defendant)

Consuella S. McKinley
4202 Fort Dupont Street, S.E.
Washington, D.C. 20020

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William E. Houston, Esq.
Dalton, Dalton, & Houston, P.C.
61008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        NOV 09 2006
CLERK                              DATE

_[signature]_
(By) DEPUTY CLERK