UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTEGRATED DESIGN AND ELECTRONICS :
ACADEMY PUBLIC CHARTER SCHOOL   :
                                :
   Plaintiff                      :
                                :
      v.                        :   CIVIL ACTION NO. 06-1916 (EGS)
                                :
CONSUELLA S. MCKINLEY           :
as next friend mother of the minor child, :
M.K.                            :
and                             :
M.K., individually              :
                                :
Defendants                      :
_____  :

**RULE 16.3 REPORT**

I.    STATEMENT OF FACTS AND STATUTORY BASIS FOR CAUSES OF ACTION
       AND DEFENSES:

This is an action brought under the Individuals with Disabilities Education Improvement

Act of 2004, 20 U.S.C. § 1400 *et seq.*, appealing a Hearing Officer's Determination issued on 29

September 2006.  The Hearing Officer ordered that the Plaintiff fund independent evaluations.

The Plaintiff seeks reversal of that determination.

Pursuant to Local Rule 16.3, the parties conferred, and their positions are as follows:

(1)   Case Tracking Category and Resolution by Summary Judgment: Based on the

information available, the parties believe that this case may be decided by dispositive motions.

(2)   Factual and Legal Issues; Joining of Additional Parties; Amendment of Pleadings:

The parties do not anticipate the need for joining additional parties or amending the pleadings.

At this time, the parties do not believe that the factual and legal issues can be agreed upon or

narrowed.

(3)    Assignment to Magistrate Judge: The parties do not consent to assignment of the case to a magistrate judge.

(4)    Potential for Settlement: The parties will discuss settlement, but do not believe that a settlement is possible at this time.

(5)    ADR Procedures: The parties do not believe that a referral to ADR would be appropriate at this time.

(6)    Motions for Summary Judgment: The parties are unsure as to whether the Court can decide this case on dispositive motions, but are willing to file them. Recently the parties have experienced delays in receiving the administrative record from the District of Columbia Public Schools Student Hearing Office ("SHO"). Thus, the parties  would like to footnote that the Motions schedule may need to be pushed back if the administrative record is not provided by the SHO within the timelines noted below. The parties propose the following schedule:

(a)    The administrative record to be filed by July 18, 2007;

(b)    Cross-Motions for summary judgment to be filed 45 days after the filing of the administrative record;

(c)    Oppositions to be filed 30 days after Motions for Summary Judgment are filed;

(d)    Replies to be filed 15 days after Oppositions are filed.

(7)  Fed. R. Civ. P. 26(a)(1) Disclosure: The parties agree to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

(8)    The parties do not believe discovery is necessary.

(9)     Fed. R. Civ. P. 26(a)(2): The parties do not believe there will be a need for expert

witnesses.

(10)    The instant case is not a class action.

(11)    Bifurcation of Trial or Discovery: The parties foresee no need to bifurcate discovery

or trial.

(12)    Pre-Trial Conference Date: If this case is not disposed of on summary judgment

motions, the Pre-Trial conference date can be set for 30 days after the Court's Order on the

summary judgment motions.

(13)    Trial Date: The trial date can be set after the Court's Order on the Summary Judgment

motions.

(14)    Fed. R. Civ. P. 26(f) as amended effective December 1, 2006:  The parties believe

that the following items are not applicable to this case: electronically stored information,

preservation of discoverable information, and assertions of privilege or of protection as trial-

preparation materials.

(15)    The parties are not aware of any other matters that require inclusion in a scheduling

order.

                                    Respectfully submitted,


                                    _____/s/_____
                                    William E. Houston, Esq.
                                    **Counsel for Plaintiff**
                                    D.C. Bar No. 450223
                                    Dalton, Dalton, & Houston, P.C.
                                    1008 Pendleton Street
                                    Alexandria, Virginia 22314

(703) 739-4300(O)
(703) 739-2323 (F)


_____/s/_____

Tilman L. Gerald, Esq.
D.C. Bar No. 928796
Roxanne D. Neloms, Esq.
D.C. Bar No.478157
**Counsel for Defendants**
James E. Brown & Associates, PLLC
1220 L Street, N.W. Suite 700
Washington, DC 20005
202-742-2000