UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTEGRATED DESIGN AND ELECTRONICS ACADEMY PUBLIC CHARTER SCHOOL | : : : |
| Plaintiff | : : |
| v. | : CIVIL ACTION NO. 06-1916 (EGS) : |
| CONSUELLA S. MCKINLEY as next friend mother of the minor child, M.K. and M.K., individually | : : : : : : |
| Defendants | : : |

**PRAECIPE**

To the Clerk of the Court:

Please withdraw the appearance of William E. Houston, Esq. in this matter and enter notice of appearance for Paul S. Dalton, Esq., appearing on behalf of the Plaintiff.

Respectfully submitted,
/s/
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)
***Attorney for Plaintiff***