UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTEGRATED DESIGN AND ELECTRONICS ACADEMY PUBLIC CHARTER SCHOOL : : **Plaintiff** : : v. : : CONSUELLA S. MCKINLEY : as next friend mother of the minor child, : M.K. : and : M.K., individually : : **Defendants** : : | CIVIL ACTION NO. 06-1916 (EGS) |

**PRAECIPE REGARDING THE STATUS OF THE ADMINISTRATIVE RECORD**

COMES NOW, the Plaintiff, by and through counsel, and hereby files this Praecipe to update the Court on the status of the administrative record. Pursuant to the Court's Initial Scheduling Order issued on June 1, 2007, the administrative record was to be filed no later than July 18, 2007.

The Plaintiff hereby informs the Court that the Student Hearing Office provided the Plaintiff with the certified record this past week, however the record did not include the transcripts of the proceedings. On July 25, 2007, the Plaintiff received notice from the Student Hearing Office that the transcript was ready to be picked up. The Plaintiff is in the process of paginating and redacting the certified record and will retrieve the transcript from the Student Hearing Office. The Plaintiff anticipates that the administrative record can be filed no later than the first week of August. The Plaintiff discussed this time frame with counsel for the Defendants who has no objection. Both parties believe that by filing the administrative record the first week

of August still gives the parties plenty of time to draft and file their Motions for Summary Judgment which are due on September 5, 2007.

DATE:       July 27, 2007                    Respectfully submitted,
                                                                                                   /s/
                                                                     Paul S. Dalton, Esq
                                                                     D.C. Bar No. 439118
                                                                     Dalton, Dalton, & Houston, P.C.
                                                                     1008 Pendleton Street
                                                                     Alexandria, Virginia 22314
                                                                     (703) 739-4300 (ph)
                                                                     (703) 739-2323 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically on this 27th day of July, 2007.

                                                       /s/
                                    Paul S. Dalton, Esq.
                                    Counsel for Plaintiff