# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **IDEA PUBLIC CHARTER SCHOOL** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CONSUELLA S. MCKINLEY,** | ) | **Civil Action No: 1:06-01916(EGS)** |
| **as next friend of the minor child** | ) | |
| **M.K.** | ) | |
| **Defendants.** | ) | |
| | ) | |

## PRAECIPE

To the Clerk of the Court:

Please withdraw the appearance of Tilman L. Gerald in this matter and enter notice of appearance for Roxanne D. Neloms.

Respectfully submitted,

/s/_____
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C. 20005
(202) 742-2000
(202) 742-2098 (fax)
***Attorney for Plaintiffs***