UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTEGRATED DESIGN AND ELECTRONICS ACADEMY PUBLIC CHARTER SCHOOL : : **Plaintiff** : : v. : : **CONSUELLA S. MCKINLEY** as next friend mother of the minor child, M.K. and M.K., individually : : : : : : **Defendants.** : : | CIVIL ACTION NO. 06-1916 (EGS) |

### MOTION FOR WITHDRAWAL OF APPEARANCE

COMES NOW, counsel for the Plaintiff, IDEA Public Charter School, and moves this Court to permit counsel, Dalton & Dalton, P.C., to withdraw its appearance as counsel for IDEA Public Charter School. An accompanying Memorandum of Points and Authorities and proposed Order are attached.

DATE:   August 14, 2007                     Respectfully Submitted,

                                            _____/s/_____
                                            Paul S. Dalton, Esq
                                            D.C. Bar No. 439118
                                            Dalton & Dalton, P.C.
                                            1008 Pendleton Street
                                            Alexandria, Virginia 22314
                                            (703) 739-4300 (ph)
                                            (703) 739-2323 (fax)
                                            *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTEGRATED DESIGN AND ELECTRONICS  :
ACADEMY PUBLIC CHARTER SCHOOL       :
                                    :
    Plaintiff                       :
                                    :
    v.                              :  CIVIL ACTION NO. 06-1916 (EGS)
                                    :
CONSUELLA S. MCKINLEY               :
as next friend mother of the minor child, :
M.K.                                :
and                                 :
M.K., individually                  :
                                    :
Defendants                          :
_____:

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION FOR WITHDRAWAL OF APPEARANCE**

1.  LCvR 83.2(h) and 83.6.

2.  On August 6, 2007, IDEA Public Charter School informed undersigned counsel via letter that it had retained new counsel to represent its interests.

3.  On August 14, 2007, IDEA Public Charter School informed undersigned counsel via telephone that it had retained the legal services of the Law Offices of Squire Padgett.

4.  The inherent authority of this Court.

DATE:     August 14, 2007              Respectfully Submitted,
                                       _____/s/_____
                                       Paul S. Dalton, Esq
                                       D.C. Bar No. 439118
                                       Dalton & Dalton, P.C.
                                       1008 Pendleton Street
                                       Alexandria, Virginia 22314
                                       (703) 739-4300 (ph)
                                       (703) 739-2323 (fax)
                                       ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document electronically on this 14th day of August, 2007.

/s/
Paul S. Dalton, Esq
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTEGRATED DESIGN AND ELECTRONICS : 
ACADEMY PUBLIC CHARTER SCHOOL     :
                                  :
    Plaintiff                     :
                                  :
    v.                            :   CIVIL ACTION NO. 06-1916 (EGS)
                                  :
CONSUELLA S. MCKINLEY             :
as next friend mother of the minor child, :
M.K.                              :
and                               :
M.K., individually                :
                                  :
Defendants                        :
_____:

## ORDER

Upon consideration of the Motion for Withdrawal of Appearance, it is hereby

ORDERED: that the Motion for Withdrawal of Appearance is GRANTED

FURTHER ORDERED: Dalton & Dalton, P.C. is hereby withdrawn as counsel for IDEA Public Charter School.

_____                                    _____
Date                                                    Judge Emmet G. Sullivan
                                                        United States District Judge