**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **INTEGRATED DESIGN AND ELECTRONICS** | : | |
| **ACADEMY PUBLIC CHARTER SCHOOL** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 06-1916 (EGS)** |
| | : | |
| **CONSUELLA S. MCKINLEY** | : | |
| **as next friend mother of the minor child,** | : | |
| **M.K.** | : | |
| **and** | : | |
| **M.K., individually** | : | |
| | : | |
| **Defendants** | : | |
| _____ | : | |

**ERRATA**

COMES NOW, the Plaintiff, and informs the Court that Document Number 12 was entered in error. The Plaintiff will file the corrected document with this Court immediately following this Errata.

DATE:       August 17, 2007                    Respectfully Submitted,


_____/s/_____
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton & Dalton, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document electronically

on this 17th day of August, 2007.


_____/s/_____
Paul S. Dalton, Esq