**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTEGRATED DESIGN AND ELECTRONICS : | |
| ACADEMY PUBLIC CHARTER SCHOOL    : | |
| : | |
| **Plaintiff**    : | |
| : | |
| v.    : | **CIVIL ACTION NO. 06-1916 (EGS)** |
| : | |
| CONSUELLA S. MCKINLEY    : | |
| as next friend mother of the minor child,    : | |
| M.K.    : | |
| and    : | |
| M.K., individually    : | |
| : | |
| **Defendants.**    : | |
| ———————————————————    : | |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

COMES NOW, counsel for the Plaintiff, IDEA Public Charter School, and moves this

Court to permit counsel, Dalton & Dalton, P.C., to withdraw its appearance as counsel for IDEA

Public Charter School.  An accompanying Memorandum of Points and Authorities and proposed

Order are attached.


DATE:        August 17, 2007                    Respectfully Submitted,


                                                          /s/
                                                Paul S. Dalton, Esq
                                                D.C. Bar No. 439118
                                                Dalton & Dalton, P.C.
                                                1008 Pendleton Street
                                                Alexandria, Virginia 22314
                                                (703) 739-4300 (ph)
                                                (703) 739-2323 (fax)
                                                *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTEGRATED DESIGN AND ELECTRONICS | : |
| ACADEMY PUBLIC CHARTER SCHOOL | : |
| | : |
|     Plaintiff | : |
| | : |
|     v. | :    **CIVIL ACTION NO. 06-1916 (EGS)** |
| | : |
| CONSUELLA S. MCKINLEY | : |
| as next friend mother of the minor child, | : |
| M.K. | : |
| and | : |
| M.K., individually | : |
| | : |
| Defendants | : |
| ———————————————— | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**MOTION FOR WITHDRAWAL OF APPEARANCE**


1.      LCvR 83.2(h) and 83.6.

2.      On August 6, 2007, IDEA Public Charter School informed undersigned counsel via letter

that it had retained new counsel to represent its interests.

3.      On August 14, 2007, IDEA Public Charter School informed undersigned counsel via

telephone that it had retained the legal services of the Law Offices of Squire Padgett.

4.      The inherent authority of this Court.


DATE:          August 17, 2007                    Respectfully Submitted,

                                                         /s/
                                            Paul S. Dalton, Esq
                                            D.C. Bar No. 439118
    Dalton & Dalton, P.C.
    1008 Pendleton Street
    Alexandria, Virginia 22314
    (703) 739-4300 (ph)
    (703) 739-2323 (fax)
    ***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

Pursuant to LCvR 83.6(c), I here by certify the following:

That the Defendant's last known address is

IDEA Public Charter School Military Academy
Attn: Charlotte Blount, Principal
1027 45th St, NE
Washington, DC 20019;

That I have sent, via first class mail postage prepaid, a copy of the Motion for Withdrawal

of Appearance to IDEA Public Charter School Military Academy at the address listed above,

attention to Ms. Charlotte Blount, Principal;

That I have sent a notice, via first class mail postage prepaid, to IDEA Public Charter

School Military Academy, attention to Ms. Charlotte Blount, Principal, advising to obtain other

counsel, or if the party wishes to proceed *pro se* or to object to the withdrawal, to notify the Clerk

of this Court in writing within five days of service of the Motion.

/s/
_____
Paul S. Dalton, Esq
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document electronically

on this 17th day of August, 2007.

/s/
Paul S. Dalton, Esq
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTEGRATED DESIGN AND ELECTRONICS | : | |
| ACADEMY PUBLIC CHARTER SCHOOL | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 06-1916 (EGS)** |
| | : | |
| CONSUELLA S. MCKINLEY | : | |
| as next friend mother of the minor child, | : | |
| M.K. | : | |
| and | : | |
| M.K., individually | : | |
| | : | |
| **Defendants** | : | |
| | : | |

## <u>ORDER</u>

Upon consideration of the Motion for Withdrawal of Appearance, it is hereby

ORDERED: that the Motion for Withdrawal of Appearance is GRANTED

FURTHER ORDERED: Dalton & Dalton, P.C. is hereby withdrawn as counsel for IDEA

Public Charter School.

_____
Date

_____
Judge Emmet G. Sullivan
United States District Judge