AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

INTEGRATED DESIGN AND ELECTRONICS
ACADEMY PUBLIC CHARTER SCHOOL            )
        Plaintiff(s)            )  **APPEARANCE**
                                         )
                                         )
        vs.            )  CASE NUMBER   06-1915 (EGS)
CONSUELLA S. MCKINLEY            )
                                         )
        Defendant(s)            )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Squire Padgett__ as counsel in this
                                      (Attorney's Name)

case for: __Integrated Design And Electronics Academy Public Charter School__
                           (Name of party or parties)

August 21, 2007                                 *Squire Padgett* (signature)
Date                                            Signature

                                                Squire Padgett
                                                Print Name

206128                                          1111 14th Street, NW  #820
BAR IDENTIFICATION                              Address

                                                Washington, DC 20005
                                                City       State       Zip Code

                                                202-216-4980
                                                Phone Number