UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDEA PUBLIC CHARTER SCHOOL, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> Consuella S. McKinley, as the next of : <br> Friend of the minor child, K.M., : <br> : <br> Defendant. : <br> _____ : | Civil Action No. 06-1916 <br> (EGS) |

## JOINT MOTION TO EXTEND TIME FOR DISPOSITIVE MOTIONS

Counsel for the Plaintiff and Defendant file this motion requesting that the time to file dispositive motions in this matter be extended from September 5, 2007, up to and including October 5, 2007. As reasons for such motion the parties would state that under the Scheduling Order entered by the Court in this matter the parties are required to submit all dispositive motions on or before September 5, 2007. However, because Plaintiff's Counsel has withdrawn and new counsel has recently entered an appearance, additional time is needed for counsel to address this matter. Plaintiff's Counsel believes that they can fully address this matter, including all necessary exchanges with Defendant's Counsel and file any such motion on or by October 5, 2007.

Defendant's Counsel does not object to the request and joins in the Motion.

Such extension would not unduly delay this matter and will allow the parties to develop fully the allegations to be put before the Court.

A Memorandum in Support and a proposed order are attached.

|  |  |
|---|---|
| | Respectfully submitted, |
| Counsel for the Plaintiff | Counsel for the Defendant |
| *[signature]* | *[signature]* |
| Squire Padgett, Esq. | Roxanne Neloms, Esq. |
| Lathal Ponder, Esq. | James E. Brown & Associates |
| The Law Office of Squire Padgett | 1220 L Street, NW |
| 1111 14th Street, NW | Suite 700 |
| Suite 820 | Washington, DC 20005 |
| Washington, DC 200054 | (202) 742-2000 |
| (202) 216-4980 | (202) 742-2094 |
| (202) 216-4986 (Fax) | Email: jbrown5268@aol.com |
| Email: Padgett.law@verizon.net | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IDEA PUBLIC CHARTER SCHOOL,** : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **Consuella S. McKinley, as the next of** : <br> **Friend of the minor child, K.M.,** : <br> : <br> Defendant. : <br> _____ : | Civil Action No. 06-1916 <br> (EGS) |

## MEMORANDUM IN SUPPORT OF JOINT MOTION TO EXTEND TIME FOR DISPOSITIVE MOTIONS

As stated in the Joint Motion, Counsel for the Plaintiff and Defendant are requesting that the time to file dispositive motions in this matter be extended from September 5, 2007, up to and including October 5, 2007. Because of the change of counsel by the Plaintiff, it has required the transfer and acquiring of files, and new counsel having to address the matter with the client and review the administrative record prior to addressing the dispositive motion.

By extending the date in which to file any such motion on or by October 5, 2007, it is requested that the date for Responses be extended to November 3, 2007 and all Replies submitted by November 19, 2007.

## CONCLUSION

For the reasons stated herein and the entire record in this matter the parties request that their joint motion to extend the time to file dispositive motions be granted.

                                                                      Respectfully submitted,

| Counsel for the Plaintiff | Counsel for the Defendant |
|---|---|
| */s/ Squire Padgett* | */s/ Roxanne Neloms* |
| Squire Padgett, Esq. | Roxanne Neloms, Esq. |
| Lathal Ponder, Esq. | James E. Brown & Associates |
| The Law Office of Squire Padgett | 1220 L Street, NW |
| 1111 14th Street, NW | Suite 700 |
| Suite 820 | Washington, DC 20005 |
| Washington, DC 200054 | (202) 742-2000 |
| (202) 216-4980 | (202) 742-2094 |
| (202) 216-4986 (Fax) | Email: jbrown5268@aol.com |
| Email: Padgett.law@verizon.net | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDEA PUBLIC CHARTER SCHOOL, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-1916 |
| | : (EGS) |
| Consuella S. McKinley, as the next of Friend of the minor child, K.M., | : |
| Defendant. | : |

## ORDER

The Court having reviewed the joint motion of the parties for an extension of time up to and including October 5, 2007 to file dispositive motions and good cause having been shown; the motion is Granted; and all such motions shall be filed on or before October 5, 2007, with responses by November 3, 2007 and all Replies by November 19, 2007.

Dated: September   , 2007

_____
United States District Court

Copies to:

Squire Padgett
Lathal Ponder
The Law Office of Squire Padgett
1111 14th Street, NW
Suite 820
Washington, D.C. 20005

Gerald L. Tilman, Esq.
Roxanne Neloms, Esq.
1220 L Street, NW
Suite 700
Washington, D.C. 20005