UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| INTEGRATED DESIGN AND ELECTRONICS ACADEMY PUBLIC CHARTER SCHOOL, | ) ) ) ) | |
| Plaintiff, | ) ) | Civ No. 06-1916(EGS) |
| v. | ) ) | |
| CONSUELLA S. MCKINLEY, as next friend mother of minor child K.M., and K.M. individually, | ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER

Pending before the Court is Plaintiff's Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment.  Upon consideration of the Motions, the Responses and Replies thereto, the applicable law, and this Court's review of the administrative record, it hereby **ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED** and Defendants' Motion for Summary Judgment is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants are entitled to reasonable attorneys fees as the prevailing party in this action.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**

**United States District Judge**
**August 8, 2008**