UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IDEA PUBLIC CHARTER SCHOOL )<br>      Plaintiff )<br> )<br>v. )<br> )<br>CONSUELLA S. MCKINLEY, )<br>as next friend of the minor child )<br>M.K. )<br>      Defendants. )<br> ) | | Civil Action No: 1:06-01916(EGS) |

## JOINT MOTION FOR CONSENT JUDGMENT

Plaintiff, Idea Public Charter School, through counsel, Squire Padgett and the Defendants, Consuella McKinley, et al, through their counsel, James E. Brown & Associates, have reached an agreement with regards to reimbursement of reasonable attorneys fees in the above captioned case. In accordance with Rule 54 of the Federal Rules of Civil Procedure, the parties to this action respectfully move this Court for entry of a Consent Judgment.

The parties have agreed to the form of a proposed Order, a copy of which is attached hereto. The parties consent to the entry of the proposed Order, and request that Judgment be entered by the Clerk.

Respectfully submitted,

/s/*Roxanne D. Neloms*
ROXANNE D. NELOMS (478157)
James E. Brown & Associates, PLLC
1220 L Street, N.W., Suite 700
Washington, D.C. 20005
(202) 742-2000
rneloms@jeblaw.biz
ATTORNEY FOR DEFENDANTS

/s/*Squire Padgett*_____
SQUIRE PADGETT (206128)
Law Offices of Squire Padgett
1111 14th Street NW Suite 820
Washington, D.C.  20005
(202) 216-4986
padgett.law@verizon.net
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IDEA PUBLIC CHARTER SCHOOL**<br>        **Plaintiff**<br><br>        v.<br><br>**CONSUELLA S. MCKINLEY,**<br>**as next friend of the minor child**<br>**M.K.**<br>        **Defendants.** | )<br>)<br>)<br>)<br>)<br>)  Civil Action No: 1:06-01916(EGS)<br>)<br>)<br>)<br>) |

**CONSENT JUDGMENT**

Upon consideration of the Joint Motion for Consent Judgment filed September 2, 2008, Plaintiff and Defendants having agreed that entry of this judgment will fully settle all claims made herein, and the parties having consented to this Order, it is this _____ day of _____, 2008

**ORDERED**, that the Plaintiff agrees to pay the Defendant reasonable attorneys within in ten business days of the issuance of this order.

_____
UNITED STATES DISTRICT JUDGE

3