UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDEA PUBLIC CHARTER SCHOOL )<br>      **Plaintiff** )<br>)<br>v. )<br>)<br>CONSUELLA S. MCKINLEY, )<br>as next friend of the minor child )<br>M.K. )<br>      **Defendants.** )<br>_____ ) | Civil Action No: 1:06-01916(EGS) |

### CONSENT JUDGMENT

Upon consideration of the Joint Motion for Consent Judgment filed September 2, 2008, Plaintiff and Defendants having agreed that entry of this judgment will fully settle all claims made herein, and the parties having consented to this Order, it is this _____ day of _September 4_, 2008

**ORDERED**, that the Plaintiff agrees to pay the Defendant reasonable attorneys within in ten business days of the issuance of this order.

_/s/ Emmet G. Sullivan_

Emmet G. Sullivan
United States District Judge